**Mauricio MONTANO, Plaintiff— Appellant,**

v.

**George M. GALAZA; et al., Defendants—Appellees.**

**No. 04–16571.**

**D.C. No. CV–03–05891–REC–DLB.**

United States Court of Appeals, Ninth Circuit.

Submitted June 14, 2005.*

Decided June 24, 2005.

Mauricio Montano, Corcoran, CA, pro se.

Constance Picciano, Office of the California Attorney General, Department of Justice, Sacramento, CA, for Defendants–Appellees.

Before KLEINFELD, TASHIMA, and THOMAS, Circuit Judges.

MEMORANDUM**

California state prisoner Mauricio Montano appeals pro se the district court's

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

judgment dismissing his 42 U.S.C. § 1983 action alleging violations of the Fourteenth Amendment and the Americans with Disabilities Act ("ADA"). We have jurisdiction pursuant to 28 U.S.C. § 1291. We review for abuse of discretion a dismissal without leave to amend. *See Lopez v. Smith,* 203 F.3d 1122, 1130 (9th Cir.2000) (en banc). We vacate and remand.

The district court dismissed Montano's equal protection and ADA claims under Fed.R.Civ.P. 12(b)(6) because he failed to allege sufficient facts in support. Montano correctly contends that the district court should have granted him leave to amend his complaint. *See id.* (internal quotation omitted) ("[A] district court should grant leave to amend even if no request to amend the pleading was made, unless it determines that the pleading could not possibly be cured by the allegation of other facts."). Accordingly, we vacate and remand for the district court to allow amendment.

The parties shall bear their own costs on appeal.

**VACATED and REMANDED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.